81,925-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

Dear Sir,

I hope that you can help me, I've been told that I have (had) a court date of Feb 27, at 9:00 to see the judge, but of course, it was overlooked, and I've wrote to them requesting my new court date, and the name of my new lawyer, haven't heard buch from them yet, Does this mean a new trial or what, did they find for in my favor, I don't know anything, and this last letter I recieved on April 2. - that was dated 3-26-2015 Telling me that the order for the supplemental record was not recieved on Jan 15, 2015 or that no motion of extended or extension of time, Does this mean I've done something wrong, if so please tell me so that I may be able to correct it, Please let me know if I can help in anyway, let me know of your decision, Thank You.

P.S.S.

I was told that I needed a motion for extension of time? Do I,?

CCA# WR-81,925-01          Thank You
                            God Bless.

Trial Court Case #
          30519A-CC          Gary Myre
                             1788464